UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

AVYON GARR

VERSUS                          CIVIL ACTION NO. 98-2217

WESTERN SIZZLER AND KEITH      JUDGE JAMES
ALBRITTON                       MAGISTRATE HAYES

## MOTION TO COMPEL RESPONSES TO DISCOVERY

NOW INTO COURT, through undersigned counsel, comes WESTERN SIZZLIN (incorrectly named as Western Sizzler in the original complaint) and KEITH ALBRITTON, defendants, who file this their motion to compel responses to discovery, and respectfully show the Court as follows:

1.

Pursuant to the scheduling order issued by this Court on January, 5, 2000, the deadline for completing discovery was extended to March 21, 2000.

2.

Defendant, Keith Albritton, propounded his first set of request for admissions, interrogatories, and request for production to Plaintiff on November 15, 1999. See copy of November 15, 1999



correspondence to George Britton, with attached discovery requests, certified mail article Z138454647, attached as Exhibit A.

3.

Plaintiff has not responded to Albritton's discovery requests.

4.

Despite correspondence and telephone calls to Plaintiff's counsel (which has been ignored except for the phone call referred to in paragraph 5), and the best efforts of counsel for defendants, the undersigned has not been able to schedule the deposition of Plaintiff, or obtain responses to discovery propounded on behalf of defendant Albritton. See attached copy of January 25, 2000 correspondence to George W. Britton, III, identified as Exhibit B.

5.

A motion to compel was "filed" earlier but a deficiency notice was returned by the Clerk's office. In the meantime, counsel for the plaintiff called the undersigned counsel and stated the discovery would be forthcoming. As a result, counsel did not cure the deficiency. No discovery has been served, so defendant is refiling a motion to compel.

WHEREFORE, DEFENDANTS PRAY that this Court enter an order compelling Plaintiff to respond to Defendants' discovery requests.

COOK, YANCEY, KING & GALLOWAY

By: /s/ Bryce Denny
Bryce J. Denny, #22763
J. Todd Benson, #23648

333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA 71120-2260
(318) 221-6277

**ATTORNEYS FOR DEFENDANTS**

CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by placing a copy of same in the United States mail, properly addressed, and with adequate postage affixed thereon.

Shreveport, Louisiana, this 21 day of March, 2000.

_____
OF COUNSEL

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I attempted to confer with counsel for Plaintiff, Mr. George W. Britton, III about this discovery (see paragraph 5 of this pleading).

_____
OF COUNSEL

**COOK, YANCEY, KING & GALLOWAY**
A PROFESSIONAL LAW CORPORATION
333 TEXAS STREET, SUITE 1700
POST OFFICE BOX 22260
SHREVEPORT, LOUISIANA 71120-2260

**FILE COPY**

Bryce J. Denny*

Board Certified - Labor Law
Texas Board of Legal Specialization

Writer's Direct
(318) 227-7747
dennyb@cykg.com

*Also admitted in Texas

November 15, 1999

TELEPHONE (318) 221-6277
TELECOPIER (318) 227-7850

Mr. George W. Britton, III
700 South Grand
Monroe, LA 71201

  Re: Avyon Garr v. Western Sizzlin and Keith Albritton; Cause
     No. 98-2217, USDC, Western District of Louisiana, Monroe
     Division

Dear Mr. Britton:

I am enclosing Defendant Keith Albritton's First Set of Request for Admissions, Interrogatories, and Request for Production to your client. Please respond to these discovery requests within the time allowed by law.

              Yours very truly,

              Bryce J. Denny/nsm

              Bryce J. Denny

BJD:nsm
Enclosures (via Certified Mail #Z138454647)



EXHIBIT A

**Receipt for Certified Mail**

Z 138 454 647

US Postal Service
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to: George W. Britton III
Street & Number: 700 South Grand
Post Office, State, & ZIP Code: Monroe, La 71201

Postage $

Certified Fee

Special Delivery Fee

Restricted Delivery Fee

Return Receipt Showing to Whom & Date Delivered

Return Receipt Showing to Whom, Date, & Addressee's Address

TOTAL Postage & Fees $

Postmark or Date: 11-15-99

PS Form 3800, April 1995

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
George W. Britton III
700 South Grand
Monroe, La 71201

4a. Article Number: Z 138 454 647

4b. Service Type:
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☒ Return Receipt for Merchandise ☐ COD

7. Date of Delivery: 11/18/99

5. Received By: (Print Name)

6. Signature (Addressee or Agent)
[signature] Ru Miller

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    102595-99-B-0223    Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

# Cook, Yancey, King & Galloway
A Professional Law Corporation
333 Texas Street, Suite 1700
Post Office Box 22260
Shreveport, Louisiana 71120-2260

Bryce J. Denny*

Board Certified - Labor Law
Texas Board of Legal Specialization

January 25, 2000

Telephone (318) 221-6277
Telecopier (318) 227-7850

Writer's Direct
(318) 227-7747
dennyb@cykg.com

*Also admitted in Texas

Mr. George W. Britton, III
700 South Grand
Monroe, LA 71201

    Re:  Avyon Garr v. Western Sizzlin and Keith Albritton; Cause No. 98-2217, USDC, Western District of Louisiana, Monroe Division

Dear Mr. Britton:

    I have not yet received a copy of the plaintiff's witness list in the captioned matter. Also, discovery was propounded to plaintiff on behalf of Keith Albritton on November 15, 1999. I would appreciate plaintiff's witness list and discovery responses at your earliest convenience.

    The discovery deadline is less than thirty days away. Please provide me with your available dates so that we may schedule the plaintiff's deposition, as well as the depositions of any Western Sizzlin employees that you would like to take.

    Please call me at your convenience to discuss this matter.

                                    Yours very truly,

                                      Bryce Denny/abw

                                      Bryce J. Denny

BJD:abw
cc: Mr. Keith Albritton



EXHIBIT B

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

AVYON GARR

VERSUS                                    CIVIL ACTION NO. 98-2217

WESTERN SIZZLER AND KEITH                 JUDGE JAMES
ALBRITTON                                 MAGISTRATE HAYES

**DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS
MOTION TO COMPEL RESPONSES TO DISCOVERY**

MAY IT PLEASE THE COURT:

1. Rules 33, 34 and 36 of the Federal Rules of Civil Procedure require a party to answer discovery within thirty (30) days.

2. Plaintiff was served with discovery on November 15, 1999, and has never answered discovery. As a result, plaintiff has not complied with the rules and should be ordered to answer discovery.

COOK, YANCEY, KING & GALLOWAY

By: _____
    Bryce C. Denny, #22763
    J. Todd Benson, #23648

333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA 71120-2260
(318) 221-6277

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by placing a copy of same in the United States mail, properly addressed, and with adequate postage affixed thereon.

Shreveport, Louisiana, this _21_ day of _MARCH_, 2000.

_____
OF COUNSEL

RECEIVED
MAR 21 2000
ROBERT H. SHEMWELL
WESTERN DISTRICT
SHREVEPORT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

AVYON GARR

VERSUS                                CIVIL ACTION NO. 98-2217

WESTERN SIZZLER AND KEITH             JUDGE JAMES
ALBRITTON                             MAGISTRATE HAYES

## ORDER

THE FOREGOING MOTION CONSIDERED:

IT IS HEREBY ORDERED that the Plaintiff show cause on _____, 2000, why he has not responded to Defendants' discovery requests.

_____
United States District Judge

-5-

## COOK, YANCEY, KING & GALLOWAY
A PROFESSIONAL LAW CORPORATION
333 TEXAS STREET, SUITE 1700
POST OFFICE BOX 22260
SHREVEPORT, LOUISIANA 71120-2260
www.cykg.com

Bryce J. Denny*

Board Certified - Labor Law
Texas Board of Legal Specialization

Writer's Direct
(318) 227-7747
dennyb@cykg.com

*Also admitted in Texas

March 21, 2000

TELEPHONE (318) 221-6277
TELECOPIER (318) 227-7850

RECEIVED
MAR 21 2000
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Mr. Robert H. Shemwell
U.S. District Clerk
1167 Federal Bldg.
300 Fannin St.
Shreveport, LA 71101-3083

Re: Avyon Garr v. Western Sizzlin and Keith Albritton; Cause No. 98-2217, USDC, Western District of Louisiana, Monroe Division

Dear Mr. Shemwell:

Please find enclosed an original and one copy of Defendant's Motion to Compel Responses to Discovery and Memorandum in Support thereof, along with an appropriate Order. Please file the original and file stamp the copy and return same to my messenger. Please submit the Order to the Judge for approval and execution.

By copy of this letter I am providing opposing counsel with a copy of this document.

Thank you for your assistance.

Yours very truly,

Bryce J. Denny

BJD:jsa
cc: Mr. George W. Britton, III (w/encl.)